

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DG
F. #2017R01904

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 21, 2019

<u>By ECF</u>
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: <u>United States v. Loyal Bank, et al.</u>
           <u>Criminal Docket No.18-102 (S-1) (KAM)</u>

Dear Judge Matsumoto:

      The government respectfully submits this letter with regard to the above-captioned matter, which is currently scheduled for a status conference as to defendants Loyal Bank Ltd. and Loyal Agency and Trust Corp. on June 24, 2019. The parties have been advised that the Court is not available on June 24, 2019 and jointly request that the status conference be rescheduled for September 17, 2019 at 11:00 a.m., which the parties understand is available for the Court. The government also respectfully requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act until September 17, 2019, as the parties continue to be engaged in discussions that are likely to result in a resolution of this case short of trial.

                                    Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                    United States Attorney

            By:    /s/_____
                      Michael T. Keilty
                      David Gopstein
                      Assistant U.S. Attorneys
                      (718) 254-7528/6153

cc:     Michael Tremonte, Esq.