# SHER TREMONTE LLP

March 4, 2020

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Loyal Bank Ltd, et al.*,
             Case No. 18-102 (S-l) (KAM)

Dear Judge Matsumoto:

      We respectfully submit this letter, with the consent of the government, to request a three-month adjournment of the status conference as to defendants Loyal Bank Ltd. and Loyal Agency and Trust Corp., currently scheduled for tomorrow, March 5, 2020. Loyal Bank Limited continues to engage in liquidation proceedings outside of the United States. Attached hereto as Exhibit A is the latest update from the court-appointed Joint Liquidators regarding the liquidation progress.

      The parties believe that there will be a disposition of this action short of a trial once the liquidation processes conclude. Accordingly, the parties jointly request that the upcoming status conference be adjourned for three months and that time be excluded under the Speedy Trial Act from March 5, 2020 until the date of the next status conference, in light of the parties continuing plea negotiations.

                          Respectfully submitted,

                          */s/ Heather Yu Han*
                          Michael Tremonte
                          Heather Yu Han

cc:     All counsel of record (via ECF)