# SHER TREMONTE LLP

June 18, 2020

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     ***United States v. Loyal Bank Limited, et al.,***
        Case No. 18-102 (S-l) (KAM)

Dear Judge Matsumoto:

        We respectfully submit this letter, with the consent of the government, to request a 60-day adjournment of the status conference as to defendants Loyal Bank Ltd. and Loyal Agency and Trust Corp., which is currently scheduled for Friday, June 19, 2020. The parties are working towards a disposition of this action short of trial. As noted in prior adjournment requests, Loyal Bank Limited (in liquidation) is in winding-up proceedings in St. Vincent and the Grenadines and we anticipated that the parties would reach a disposition of this case upon the conclusion of those proceedings. However, in their latest update, dated June 4, 2020, the Bank's court-appointed joint liquidators identified certain impediments to the timely conclusion of their efforts. Accordingly, the parties have turned their attention to negotiating a resolution in advance of the conclusion of the liquidation proceedings. Accordingly, the parties jointly request that the upcoming status conference be adjourned for 60 days and that time be excluded under the Speedy Trial Act from June 19, 2020 until the date of the next status conference.

                                Respectfully submitted,

                                _____/s/_____
                                Michael Tremonte
                                Heather Yu Han

cc:     All counsel of record (via ECF)