# SHER TREMONTE LLP

February 11, 2021

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Loyal Bank Limited, et al.*,
Case No. 18-102 (S-l) (KAM)

Dear Judge Matsumoto:

      We respectfully submit this letter, with the consent of the government, to request a 60-day adjournment of the status conference as to defendants Loyal Bank Limited (the "Bank") and Loyal Agency and Trust Corp., which is currently scheduled for February 18, 2021. The parties continue to work towards a disposition of this action short of trial. As noted in prior adjournment requests, the Bank (in liquidation) is in winding-up proceedings in St. Vincent and the Grenadines, and the parties have focused their attention on negotiating a resolution in advance of the conclusion of the liquidation proceedings. To facilitate the continuation of those efforts, the parties jointly request that the upcoming status conference be adjourned for 60 days and that time be excluded under the Speedy Trial Act from February 18, 2021 until the date of the next status conference.

Respectfully submitted,

*/s/*
Michael Tremonte
Heather Yu Han

cc: All counsel of record (via ECF)